JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO DUENAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>STREMICKS HERITAGE FOOD, et al.,<br><br>                    Defendants. | Case No. 5:22-cv-01039-FLA (SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [DKT. 36]** |

1    On April 28, 2023, the parties filed a Joint Stipulation to Remand Action to
2  State Court ("Stipulation").  Dkt. 36.  The parties state a class-wide settlement has
3  been reached, including agreement to remand the action to state court.  *Id.*

4    Having considered the Stipulation and finding good cause therefor, the court
5  hereby REMANDS this action to the Riverside County Superior Court, Case Number
6  CVRI2202014 for further proceedings.  Plaintiff Gerardo Duenas' Motion to Remand
7  at Dkt. 23 is DENIED as MOOT.

8

9    IT IS SO ORDERED.

10

11  Dated: May 3, 2023

12                                                    FERNANDO L. AENLLE-ROCHA
13                                                    United States District Judge